UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SADORA J. PHILLIPS,
        Plaintiff,

v.

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security,*
        Defendant.

**JUDGMENT**

Case No. 5:16-CV-879-BO

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED that substantial evidence supports the denial of benefits by the Secretary and the finding that the claimant can perform substantial work in the national economy. The residual functional capacity finding is appropriate and supported by substantial evidence and there are jobs available, including those identified by the Administrative Law Judge, that plaintiff could perform; remand would therefore be inappropriate. Defendant's motion for judgment on the pleadings is GRANTED, plaintiff's motion for judgment on the pleadings is DENIED, and the decision of the Commissioner is AFFIRMED.

This judgment filed and entered on January 31, 2018 with *electronic service* upon:
Vaughn Stephen Clauson, (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri, (via CM/ECF Notice of Electronic Filing)
Gabriel Deadwyler, (via CM/ECF Notice of Electronic Filing)

                                            **PETER A. MOORE, JR.,**
                                            **CLERK, U.S. DISTRICT COURT**

January 31, 2018                               /s/ *Linda Downing*
                                            (By): Linda Downing, Deputy Clerk